UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| SUSAN L. VARNELL | CIVIL ACTION NO. 04-1836-A |
|---|---|
| -vs- | JUDGE DRELL |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein; after an independent review of the entire record, including the written objections; and concurring with the Magistrate Judge's findings under the applicable law:

IT IS ORDERED that the decision of the Commissioner is AFFIRMED, Plaintiff's applications are DENIED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SIGNED on this 9th day of January, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge